U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18  AM 10: 26

LORETTA G. WHYTE
CLERK

**A CERTIFIED TRUE COPY**

DEC 1 5 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

**DOCKET NO. 1657**

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-76)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,171 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

DEC 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY

DEC 2 ? 2006

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

_____ Fee_____
_____ Process_____
X   Dktd _____
_____ CtRmDep._____
_____ Doc. No._____

# SCHEDULE CTO-76 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALASKA** | | |
| AK 3 06-257 | Gary W. Putman, et al. v. Merck & Co., Inc. | EDLA 06-10969 |
| AK 3 06-258 | Robert Felder v. Merck & Co., Inc. | EDLA 06-10970 |
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 06-979~~ | ~~Clifford Bailey, et al. v. Merck & Co., Inc., et al.~~ | VACATED 12/15/06 |
| **ALABAMA NORTHERN** | | |
| ALN 1 06-2260 | Junior Alldreage, et al. v. Merck & Co., Inc., et al. | EDLA 06-10971 |
| ALN 1 06-2284 | Wayne Watts, et al. v. Merck & Co., Inc. | EDLA 06-10972 |
| ALN 5 06-2248 | Don Macmillan v. Merck & Co., Inc. | EDLA 06-10973 |
| ALN 7 06-2332 | Dorothy Cantreli, et al. v. Merck & Co., Inc. | EDLA 06-10974 |
| **ARIZONA** | | |
| AZ 2 06-2665 | Marlene Ferguson, et al. v. Merck & Co., Inc. | EDLA 06-10975 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 06-6642 | Deborah Dionne, et al. v. Merck & Co., et al. | EDLA 06-10976 |
| CAC 2 06-6644 | Lucila B. Castillo, et al. v. Merck & Co., Inc. | EDLA 06-10977 |
| CAC 2 06-6816 | Philip Hansen Bailey, etc. v. Merck & Co, Inc. | EDLA 06-10978 |
| CAC 2 06-7006 | Shelia Williams v. Merck & Co., Inc. | EDLA 06-10979 |
| CAC 2 06-7007 | William E. Hauser, etc. v. Merck & Co., Inc. | EDLA 06-10980 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 06-2283 | Barbara Abbott, et al. v. Merck & Co., Inc. | EDLA 06-10981 |
| CAE 2 06-2284 | Delphia Bell v. Merck & Co., Inc., et al. | EDLA 06-10982 |
| CAE 2 06-2285 | Harry Jones v. Merck & Co., Inc., et al. | EDLA 06-10983 |
| CAE 2 06-2332 | Norma Loomis v. Merck & Co., Inc. | EDLA 06-10984 |
| CAE 2 06-2344 | Marva Johnson v. Merck & Co., Inc. | EDLA 06-10985 |
| CAE 2 06-2346 | Carl Dudding v. Merck & Co., Inc. | EDLA 06-10986 |
| CAE 2 06-2348 | Sandra Elliott v. Merck & Co., Inc. | EDLA 06-10987 |
| CAE 2 06-2349 | Anh Devers v. Merck & Co., Inc. | EDLA 06-10988 |
| CAE 2 06-2350 | Kenneth Tinkle v. Merck & Co., Inc. | EDLA 06-10989 |
| CAE 2 06-2351 | Kenneth Debolt v. Merck & Co., Inc. | EDLA 06-10990 |
| CAE 2 06-2352 | Betty Mesi v. Merck & Co., Inc. | EDLA 06-10991 |
| CAE 2 06-2354 | Antonio Lourenco v. Merck & Co., Inc. | EDLA 06-10992 |
| CAE 2 06-2362 | Karen Morris v. Merck & Co., Inc. | EDLA 06-10993 |
| CAE 2 06-2422 | Adnell Stephens v. Merck & Co., Inc., et al. | EDLA 06-10994 |
| CAE 2 06-2431 | Donna Goncar v. Merck & Co., Inc., et al. | EDLA 06-10995 |
| CAE 2 06-2434 | Richard McCullough v. Merck & Co., Inc., et al. | EDLA 06-10996 |
| CAE 2 06-2471 | Karin Barrett v. Merck & Co., Inc. | EDLA 06-10997 |
| CAE 2 06-2472 | Domingo Arcangles v. Merck & Co., Inc. | EDLA 06-10998 |
| CAE 2 06-2473 | Semen Fiskel v. Merck & Co., Inc. | EDLA 06-10999 |
| CAE 2 06-2474 | Al Kessler v. Merck & Co., Inc. | EDLA 06-11000 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                                    Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION | | |
|---|---|---|---|
| CAE 2  06-2477 | Charlotte Mendonea v. Merck & Co., Inc. | EDLA | 06-11001 |
| ~~CAE 2  06-2479~~ | ~~Sheryl Churchman v. Merck & Co., Inc., et al.~~ | OPPOSED 12/8/06 | |
| CAE 2  06-2480 | Besham Singh v. Merck & Co., Inc., et al. | EDLA | 06-11002 |
| CAE 2  06-2489 | Madelyn Duke, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11003 |
| CAE 2  06-2490 | Beryl L. Caterson v. Merck & Co., Inc., et al. | EDLA | 06-11004 |
| **CALIFORNIA NORTHERN** | | | |
| CAN 3  06-6576 | Barbara Brooks v. Merck & Co., Inc., et al. | EDLA | 06-11005 |
| CAN 3  06-6587 | Otis Mercer v. Merck & Co., Inc., et al. | EDLA | 06-11006 |
| CAN 3  06-6595 | Peter Brooks v. Merck & Co., Inc., et al. | EDLA | 06-11007 |
| CAN 3  06-6612 | Ray Reed v. Merck & Co., Inc., et al. | EDLA | 06-11008 |
| CAN 3  06-6762 | Lola Baker v. Merck & Co., Inc. | EDLA | 06-11009 |
| CAN 3  06-6764 | Susan Christensen v. Merck & Co., Inc. | EDLA | 06-11010 |
| CAN 3  06-6765 | Carlos Adlawan v. Merck & Co., Inc. | EDLA | 06-11011 |
| CAN 3  06-6766 | Anita Aars v. Merck & Co., Inc. | EDLA | 06-11012 |
| CAN 3  06-6767 | Klara Bernsteyn v. Merck & Co., Inc. | EDLA | 06-11013 |
| CAN 3  06-6769 | Robert Chow v. Merck & Co., Inc. | EDLA | 06-11014 |
| CAN 3  06-6789 | Marbely Gutierrez v. Merck & Co., Inc. | EDLA | 06-11015 |
| CAN 3  06-6793 | Ninel Gindina v. Merck & Co., Inc. | EDLA | 06-11016 |
| CAN 3  06-6795 | Julia Dumas, et al. v. Merck & Co., Inc. | EDLA | 06-11017 |
| CAN 3  06-6796 | Robert Garrett v. Merck & Co., Inc. | EDLA | 06-11018 |
| CAN 3  06-6846 | Wayne Wong v. Merck & Co., Inc. | EDLA | 06-11019 |
| CAN 3  06-6848 | Elliot Zolt v. Merck & Co., Inc. | EDLA | 06-11020 |
| CAN 3  06-6851 | Jerry Hale v. Merck & Co., Inc. | EDLA | 06-11021 |
| CAN 3  06-6859 | Leo Hildreth v. Merck & Co., Inc. | EDLA | 06-11022 |
| CAN 3  06-6862 | Alex Lukovsky v. Merck & Co., Inc. | EDLA | 06-11023 |
| CAN 3  06-6863 | Juana Ochoa v. Merck & Co., Inc. | EDLA | 06-11024 |
| CAN 3  06-6864 | John Morrice v. Merck & Co., Inc. | EDLA | 06-11025 |
| CAN 3  06-6866 | Ronald L. Silva v. Merck & Co., Inc. | EDLA | 06-11026 |
| CAN 3  06-6867 | Nancy Pittroff v. Merck & Co., Inc. | EDLA | 06-11027 |
| CAN 3  06-6869 | Lev Klachkavsky v. Merck & Co., Inc. | EDLA | 06-11028 |
| CAN 3  06-6873 | Barbara Hoffman, etc. v. Merck & Co., Inc. | EDLA | 06-11029 |
| CAN 3  06-6874 | Fred Rice v. Merck & Co., Inc. | EDLA | 06-11030 |
| CAN 3  06-6875 | Gerald Sefranka v. Merck & Co., Inc. | EDLA | 06-11031 |
| CAN 3  06-6878 | Richard Simms v. Merck & Co., Inc. | EDLA | 06-11032 |
| CAN 3  06-6879 | Samuel Summerfield v. Merck & Co., Inc. | EDLA | 06-11033 |
| CAN 3  06-6880 | Lula Taylor v. Merck & Co., Inc. | EDLA | 06-11034 |
| CAN 3  06-6881 | George Martinis v. Merck & Co., Inc. | EDLA | 06-11035 |
| CAN 3  06-6882 | Elivra Nagle v. Merck & Co., Inc. | EDLA | 06-11036 |
| CAN 4  06-6590 | Christine Hansen, et al. v. Merck & Co., Inc., et al. | EDLA | 06-11037 |
| CAN 4  06-6785 | Valentina Demikhovskaya v. Merck & Co., Inc. | EDLA | 06-11038 |
| CAN 4  06-6788 | Daniel Flanagan v. Merck & Co., Inc. | EDLA | 06-11039 |
| CAN 4  06-6843 | Janie Wiley v. Merck & Co., Inc. | EDLA | 06-11040 |
| CAN 4  06-6865 | Guadalupe Urena, et al. v. Merck & Co., Inc. | EDLA | 06-11041 |
| CAN 4  06-6868 | Nian Huang v. Merck & Co., Inc. | EDLA | 06-11042 |
| CAN 4  06-6871 | Mary L. Howle v Merck & Co., Inc. | EDLA | 06-11043 |
| **CALIFORNIA SOUTHERN** | | | |
| CAS 3  06-2431 | Michael Cienfuegos, etc. v. Merck & Co., Inc., et al. | EDLA | 06-11044 |
| CAS 3  06-2432 | Jimmie Ramsey v. Merck & Co., Inc., et al. | EDLA | 06-11045 |

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                 Page 3 of 6

DIST. DIV. C.A. #          CASE CAPTION

**COLORADO**
CO  1  06-2130          Herbert L. Wittow v. Merck & Co., Inc.                          EDLA  06-11046
~~CO  1  06-2164~~          ~~James Franklin, etc. v. Merck & Co., Inc.~~  OPPOSED 12/14/06
CO  1  06-2165          Ronald Dooley, et al. v. Merck & Co., Inc.                      EDLA  06-11047

**CONNECTICUT**
CT  3  06-1761          Frank Pescatello v. Merck & Co., Inc.                           EDLA  06-11048

**FLORIDA MIDDLE**
FLM 2  06-587           Danny Taulbee v. Merck & Co., Inc., et al.                      EDLA  06-11049
FLM 5  06-379           Lyle Moody v. Merck & Co., Inc., et al.                         EDLA  06-11050
FLM 6  06-1667          Marian Jenkinson, etc. v. Merck & Co., Inc., et al.             EDLA  06-11051
FLM 8  06-1209          Barbara Jowers v. Merck & Co., Inc., et al.                     EDLA  06-11052
FLM 8  06-1992          Robert Sidney Spann v. Merck & Co., Inc., et al.                EDLA  06-11053

**FLORIDA SOUTHERN**
FLS 0  06-61580         Jeffrey Dombeck, et al. v. Merck & Co., Inc.                    EDLA  06-11054
FLS 0  06-61581         William J. Leon, et al. v. Merck & Co., Inc.                    EDLA  06-11055
FLS 0  06-61582         Marthan Moore, et al. v. Merck & Co., Inc.                      EDLA  06-11056
FLS 0  06-61583         Lillian A. Russo v. Merck & Co., Inc.                           EDLA  06-11057
FLS 0  06-61609         Victoria Luciano, et al. v. Merck & Co., Inc.                   EDLA  06-11058
FLS 1  06-22292         Susana Jalon, et al. v. Merck & Co., Inc.                       EDLA  06-11059
~~FLS 2  06-14284~~         ~~Kenneth Bowe, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14285~~         ~~Jacob Avidon, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14287~~         ~~Veronica Clark-Atchinson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14288~~         ~~Robin A. Curry v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14289~~         ~~Lystine Fairweather, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14290~~         ~~Mary Lee Hudson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14291~~         ~~Walter Smith, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14292~~         ~~Warren Young, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14293~~         ~~Andrew Trax, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14294~~         ~~Helen Spano, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14295~~         ~~John Gumas v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14296~~         ~~Darrell Duncan v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14297~~         ~~James Ferguson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14298~~         ~~Carol Morgan v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14299~~         ~~Patricia C. Putman, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14300~~         ~~Donald L. Simons v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 2  06-14301~~         ~~Donna Robinson v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
FLS 2  06-14305         Henry C. Givens v. Merck & Co., Inc., et al.                    EDLA  06-11060
~~FLS 9  06-80994~~         ~~Gail Simmons v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 9  06-80996~~         ~~Anita Finnegan v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 9  06-80997~~         ~~Joseph Iuvara, et al. v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06
~~FLS 9  06-80998~~         ~~Thomas Erling v. Merck & Co., Inc., et al.~~  OPPOSED 12/15/06

**GEORGIA NORTHERN**
GAN 1  06-2643          Clifford L. Wooten v. Merck & Co., Inc.                         EDLA  06-11061
GAN 1  06-2644          Elizabeth C. Rosebush, etc. v. Merck & Co., Inc.                EDLA  06-11062

**IOWA NORTHERN**
IAN 3  06-3065          Phyllis Heslop v. Merck & Co., Inc.                             EDLA  06-11063

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                    Page 4 of 6

<u>DIST. DIV. C.A. #</u>                 <u>CASE CAPTION</u>

**IOWA SOUTHERN**
  IAS 1  06-39               Jerry Barringer v. Merck & Co., Inc.               EDLA  06-11064

**ILLINOIS CENTRAL**
  ILC 2  06-2221             William Phelps, etc. v. Merck & Co., Inc.           EDLA  06-11065

**ILLINOIS NORTHERN**
  ILN 1  06-5743             Doris Miller, et al. v. Merck & Co., Inc.           EDLA  06-11066
  ~~ILN 1  06-5744~~             ~~Ines Alegre, etc. v. Jorge N. Aguayo, M.D., et al.~~   OPPOSED 12/8/06
  ILN 1  06-5805             Evelyn Waldman v. Merck & Co., Inc.                 EDLA  06-11067

**ILLINOIS SOUTHERN**
  ILS 3  06-818              Myrna Hamilton, et al. v. Merck & Co., Inc., et al.   EDLA  06-11068
  ~~ILS 3  06-827~~              ~~Ann Reid v. Merck & Co., Inc., et al.~~              VACATED 12/14/06
  ILS 3  06-831              William W. Rhodes v. Merck & Co., Inc., et al.       EDLA  06-11069
  ILS 3  06-840              Jerry Lemonds v. Merck & Co., Inc., et al.          EDLA  06-11070
  ILS 3  06-848              James Ignatz v. Merck & Co., Inc., et al.           EDLA  06-11071
  ILS 3  06-849              Louis Kraus v. Merck & Co., Inc., et al.            EDLA  06-11072
  ILS 3  06-850              John M. Linkes v. Merck & Co., Inc.                 EDLA  06-11073
  ILS 3  06-853              Antonio Silva v. Merck & Co., Inc.                  EDLA  06-11074
  ILS 3  06-867              Catherine S. Sadich v. Merck & Co., Inc.            EDLA  06-11075
  ILS 3  06-868              John Street v. Merck & Co., Inc.                    EDLA  06-11076
  ILS 3  06-877              Rodney W. Shupe v. Merck & Co., Inc.                EDLA  06-11077

**INDIANA NORTHERN**
  INN 2  06-363              Seth Jones v. Merck & Co., Inc.                     EDLA  06-11078

**KANSAS**
  KS 2  06-2413              David Edmonds v. Merck & Co., Inc.                  EDLA  06-11079

**LOUISIANA WESTERN**
  LAW 2  06-1936             Sally Ellender Chapman v. Merck & Co., Inc.         EDLA  06-11080

**MINNESOTA**
  MN 0  06-4406              Donald Haider v. Merck & Co., Inc.                  EDLA  06-11081

**MISSOURI EASTERN**
  MOE 4  06-1589             Ida Criglar, et al. v. Merck & Co., Inc., et al.    EDLA  06-11082

**NEW YORK EASTERN**
  NYE 1  06-4796             Yolande Brice, et al. v. Merck & Co., Inc.          EDLA  06-11083

**NEW YORK NORTHERN**
  NYN 1  06-1309             Deanne Murdie, etc. v. Merck & Co., Inc., et al.    EDLA  06-11084
  NYN 5  06-1332             Douglas Charles Persse, et al. v. Merck & Co., Inc.   EDLA  06-11085

**NEW YORK SOUTHERN**
  ~~NYS 1  06-11419~~            ~~Ali Ghanem v. Merck & Co., Inc., et al.~~             OPPOSED 12/8/06

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                     Page 5 of 6

DIST. DIV. C.A. #                    CASE CAPTION

NEW YORK WESTERN
  NYW 6  06-6530      Rosemary Johnson v. Merck & Co., Inc., et al.           EDLA  06-11086
  NYW 6  06-6531      Zerita H. Newman, etc. v. Merck & Co., Inc., et al.     EDLA  06-11087
  NYW 6  06-6532      Roger Bickel, et al. v. Merck & Co., Inc., et al.       EDLA  06-11088
  NYW 6  06-6533      Brenda Baron, etc. v. Merck & Co., Inc., et al.         EDLA  06-11089
  NYW 6  06-6534      Dianne Benson, etc. v. Merck & Co., Inc., et al.        EDLA  06-11090
  NYW 6  06-6544      Pamela Charsley-Joslin, etc. v. Merck & Co., Inc., et al.  EDLA  06-11091
  NYW 6  06-6545      Theresa J. Keenan, etc. v. Merck & Co., Inc., et al.    EDLA  06-11092
  NYW 6  06-6546      Eugene O. Moore, etc. v. Merck & Co., Inc., et al.      EDLA  06-11093
  NYW 6  06-6547      Glen Nicolosi, etc. v. Merck & Co., Inc., et al.        EDLA  06-11094
  NYW 6  06-6548      Frank B. Perillo, etc. v. Merck & Co., Inc., et al.     EDLA  06-11095
  NYW 6  06-6549      Patricia A. Ruvolo, etc. v. Merck & Co., Inc., et al.   EDLA  06-11096
  NYW 6  06-6550      Patricia Sabadasz, etc. v. Merck & Co., Inc., et al.    EDLA  06-11097
  NYW 6  06-6551      Lavernne Watson, etc. v. Merck & Co., Inc., et al.      EDLA  06-11098

OHIO NORTHERN
  OHN 1  06-2558      Timothy Walter Richards, Sr., et al. v. Merck & Co., Inc.  EDLA  06-11099
  OHN 1  06-2559      Deborah K. Roscoe v. Merck & Co., Inc.                  EDLA  06-11100
  OHN 1  06-2560      Leonard Novak, et al. v. Merck & Co., Inc.              EDLA  06-11101
  OHN 1  06-2561      Edith Tabak, et al. v. Merck & Co., Inc.                EDLA  06-11102
  OHN 1  06-2562      Kenneth W. Raybon, et al. v. Merck & Co., Inc.          EDLA  06-11103
  OHN 1  06-2575      Thomas G. Wigle, et al. v. Merck & Co., Inc.            EDLA  06-11104
  OHN 1  06-2580      Glenn A. Cook, et al. v. Merck & Co., Inc.              EDLA  06-11105
  OHN 1  06-2583      Mary Young v. Merck & Co., Inc.                         EDLA  06-11106
  OHN 1  06-2584      Thomas M. Tulcewicz v. Merck & Co., Inc.               EDLA  06-11107
  OHN 1  06-2585      Benjamin Thompson v. Merck & Co., Inc.                 EDLA  06-11108
  OHN 1  06-2636      Nikki Gilmore, etc. v. Merck & Co., Inc.               EDLA  06-11109
  OHN 1  06-2637      Edward M. Stanco, Jr., etc. v. Merck & Co., Inc.       EDLA  06-11110
  OHN 1  06-2669      Edward Drozd, et al. v. Merck & Co., Inc.              EDLA  06-11111
  OHN 1  06-2670      Carolyn Evans, et al. v. Merck & Co., Inc.             EDLA  06-11112
  OHN 5  06-2635      Kenneth K. Kerr, Sr. v. Merck & Co., Inc.             EDLA  06-11113
  OHN 5  06-2638      Barbara R. Brunk, etc. v. Merck & Co., Inc.           EDLA  06-11114

OHIO SOUTHERN
  OHS 1  06-720       Betty Pickett v. Merck & Co., Inc., et al.             EDLA  06-11115
  OHS 2  06-876       Betty Mason v. Merck & Co., Inc., et al.               EDLA  06-11116

OKLAHOMA EASTERN
  OKE 6  06-464       Omega Lambert, etc. v. Merck & Co., Inc.               EDLA  06-11117
  OKE 6  06-465       Gerald Hammond v. Merck & Co., Inc.                    EDLA  06-11118
  OKE 6  06-466       Pamela Treadwell, etc. v. Merck & Co., Inc.            EDLA  06-11119
  OKE 6  06-468       Paul Stinson v. Merck & Co., Inc.                      EDLA  06-11120

OKLAHOMA WESTERN
  OKW 5  06-1211      Ruby King, etc. v. Merck & Co., Inc.                   EDLA  06-11121

PENNSYLVANIA EASTERN
  PAE 2  06-4827      Greg Golla v. Merck & Co., Inc., et al.                EDLA  06-11122

PENNSYLVANIA WESTERN
  PAW 2  06-1443      William T. Krajcovic, Sr., etc. v. Merck & Co., Inc.  OPPOSED 12/14/06

SCHEDULE CTO-76 - TAG-ALONG ACTIONS  (MDL-1657)                Page 6 of 6

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **TEXAS EASTERN** | | |
| TXE 2  06-456 | Don Cagle, etc. v. Merck & Co., Inc., et al. | EDLA  06-11123 |
| TXE 4  06-436 | Pauline Stover v. Merck & Co., Inc. | EDLA  06-11124 |
| | | |
| **TEXAS NORTHERN** | | |
| TXN 4  06-741 | Gail Yeakley, etc. v. Merck & Co., Inc. | EDLA  06-11125 |
| | | |
| **TEXAS SOUTHERN** | | |
| ~~TXS 1  06-176~~ | ~~Juan Lizardi v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 2  06-471 | Maria Graciela Cruz v. Merck & Co., Inc., et al. | EDLA  06-11126 |
| ~~TXS 2  06-478~~ | ~~Rosario Lechuga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 2  06-489~~ | ~~Divine Garcia v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 4  06-3464 | Antoinette Donaldson v. Merck & Co., Inc. | EDLA  06-11127 |
| ~~TXS 7  06-303~~ | ~~Lilian Murphree v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXS 7  06-318 | Paula Gonzalez v. Merck & Co., Inc., et al. | EDLA  06-11128 |
| ~~TXS 7  06-319~~ | ~~Juan R. Gonzalez v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-320~~ | ~~Adolfo De Leon v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-321~~ | ~~Victor Saenz v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-329~~ | ~~Jose Zuniga v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-331~~ | ~~Rodolfo Regalado v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-333~~ | ~~Ludivina Pena v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXS 7  06-334~~ | ~~Anita Salinas v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| | | |
| **TEXAS WESTERN** | | |
| ~~TXW 1  06-848~~ | ~~Emil Kenneth Braune v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 1  06-850 | James Mercer v. Merck & Co., Inc., et al. | EDLA  06-11129 |
| ~~TXW 1  06-858~~ | ~~Marilyn Trent v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-859~~ | ~~Charles Ray Garrett, et al. v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-870~~ | ~~Esther McConoghy v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| ~~TXW 1  06-871~~ | ~~Ruby Shaw v. Merck & Co., Inc., et al.~~ | OPPOSED 12/11/06 |
| TXW 5  06-940 | Leonel Diaz v. Merck & Co., Inc. | EDLA  06-11130 |
| | | |
| **UTAH** | | |
| UT 2  06-905 | Mable Lassen v. Merck & Co., et al. | EDLA  06-11131 |
| UT 2  06-931 | James Pangburn, et al. v. Merck & Co., Inc., et al. | EDLA  06-11132 |
| | | |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 1  06-898 | Dorothy Petry, et al. v. Merck & Co., Inc. | EDLA  06-11133 |